UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IN RE: NETFLIX PRIVACY LITIGATION          Case No. 14-MISC-40

---

**ORDER**

This case came to me via a Motion to Quash Deposition, filed by Objector/Appellant Bradley Schulz. In his Motion, Mr. Schulz requested that I quash a subpoena compelling him to attend a deposition. The Motion was filed on Thursday, July 3, 2014, and I received it on Monday, July 7, 2014. I notice that Mr. Schulz's deposition was scheduled to take place on Monday, July 7, 2014. Based on this time frame, it is unclear to me whether a ruling on the Motion is still needed or whether the issue is now moot.

**THEREFORE, IT IS ORDERED** that the parties shall advise the Court if any action is necessary on Objector/Appellant's Motion to Quash.

Dated at Milwaukee, Wisconsin, this 9th day of July, 2014.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge