UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

IN RE: NETFLIX PRIVACY LITIGATION                Case No. 14-MC-40
_____

## DECISION AND ORDER

On July 3, 2014, Bradley Schulz filed a motion to quash a deposition subpoena that was issued in case 11-cv-0379 in the Northern District of California. I find Schulz has failed to establish a reason to quash under Rule 45(d)(3). Schulz argues that sitting for the deposition will be an undue burden and a due process violation, but his arguments are conclusory and do not articulate any facts supporting his assertion. Further, Judge Davila specifically authorized limited discovery related to objector standing in his November 25, 2013 order. This deposition is a part of that discovery, and I will not overrule Judge Davila, who has far more knowledge of this case than I do. Schulz chose to insert himself into this litigation and he must now participate in it.

**THEREFORE, IT IS ORDERED** that Schulz's Motion to Quash Deposition (ECF No. 1) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 8th day of August, 2014.

                                                      s/ Lynn Adelman
                                                     _____
                                                     LYNN ADELMAN
                                                     District Judge